UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QUINTON P. BROWN,<br><br>　　　　　　　　Plaintiff,<br>v.<br>LARRY L. ADAMS, et al.,<br><br>　　　　　　　　Defendants. | NO: 2:13-CV-192-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DISMISSING COMPLAINT WITH PREJUDICE |

　　　Magistrate Judge John T. Rodgers filed a Report and Recommendation on February 3, 2015. ECF No. 45. Judge Rodgers recommends that the Court grant Defendants' Motion for Summary Judgment, ECF No. 24, and dismiss Plaintiff's First Amended Complaint, ECF No. 12, with prejudice. Plaintiff has not objected to the Report and Recommendation.

　　　Having reviewed the Report and Recommendation and the record, the Court adopts Judge Rodgers's Report and Recommendation in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DISMISSING COMPLAINT WITH PREJUDICE ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 45**, is **ADOPTED** in its entirety.

2. Defendants' Motion for Summary Judgment, **ECF No. 24**, is **GRANTED**.

3. Plaintiff's First Amended Complaint, **ECF No. 12**, is **DISMISSED with prejudice**.

The District Court Clerk is directed to enter this Order, provide copies to counsel and to Plaintiff, enter judgment accordingly, and **close** the file.

**DATED** this 27th day of February 2015.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge